UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PEOPLES BANK, a Washington corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>KERRY LYNCH and JOHN V. GERAGHTY, her husband, and their marital community, *In Personam*.<br><br>                Defendants. | NO: CV-11-305-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE the Court is Plaintiff's Notice of Voluntary Dismissal without Prejudice, ECF No. 8. Having reviewed said notice and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of Voluntary Dismissal without Prejudice, **ECF No. 8**, is **APPROVED**. Plaintiff's Complaint and any and all counterclaims

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

and/or cross-claims are dismissed without prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order and provide copies to counsel, and **CLOSE** this case.

**DATED** this 24th day of May 2012.

 *s/ Rosanna Malouf Peterson* 
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2